WILLIAM H. BARRETT *et al.*

*v.*

NICHOLAS V. BODDIE.

*Filed at Ottawa November 1, 1895.*

The questions involved in this case are the same as those in
*Barrett* v. *Boddie*, (*ante*, p. 479,) and the reasoning in that case is
applicable here.

APPEAL from the Appellate Court for the First Dis-
trict;—heard in that court on appeal from the Circuit
Court of Cook county; the Hon. ABNER SMITH, Judge,
presiding.

CHARLES H. JACKSON, and HOLLETT & TINSMAN, for
appellants.

WOOLFOLK & BROWNING, for appellee.

Per CURIAM: The parties to this cause and the ques-
tions involved are the same as in *Barrett* v. *Boddie*, (*ante*,
p. 479.) The reasoning there employed is applicable
here and must control the decision of this case, and no
further opinion will be filed.

The judgment of the Appellate Court will be affirmed.

*Judgment affirmed.*